# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 7, 2004

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1592 -- In re Columbia University Patent Litigation

   *Genentech, Inc. v. The Trustees of Columbia University in the City of New York,*
     N.D. California, C.A. No. 4:04-1910

Dear Mr. Anastas:

    I am enclosing one certified and additional copies of a conditional transfer order filed by the Panel in the above-captioned action on June 21, 2004. Section 1407 requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    A list of involved counsel is attached.

                      Very truly,

                      Michael J. Beck
                      Clerk of the Panel

                      By _____
                      Deputy Clerk

Attachment

cc:  Transferee Judge: Judge Mark L. Wolf
     Transferor Judge: Judge Wayne D. Brazil
     Transferor Clerk: Richard W. Wieking

                                                     JPML Form 36

PANEL ON
MULTIDISTRICT LITIGATION

JUN 21 2004

FILED
CLERK'S OFFICE

**DOCKET NO. 1592**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE COLUMBIA UNIVERSITY PATENT LITIGATION**

Genentech, Inc. v. The Trustees of Columbia University in the City of New York,
N.D. California, C.A. No. 4:04-1910

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 8, 2004, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Mark L. Wolf.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Wolf.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 8, 2004, __F.Supp.2d__ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Mark L. Wolf.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**INVOLVED COUNSEL LIST (CTO-1)**
**DOCKET NO. 1592**
**IN RE COLUMBIA UNIVERSITY PATENT LITIGATION**

David I. Gindler
Irell & Manella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276

Charles K. Verhoeven
Quinn, Emanuel, Urquhart, Oliver & Hedges
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065