## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:04-cv-01910-VRW

Genentech Inc. v. Trustees of Columbia University in the
City of New York
Assigned to: Hon. Vaughn R. Walker
Referred to:
Demand: $
Lead Docket: None
Related Cases: 3:03-cv-01603
Case in other court: None
Cause: 28:1338 Patent Infringement

Date Filed: 05/14/04
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

----------------------

**Genentech Inc.**  represented by  **Charles K. Verhoeven**
Quinn Emanuel Urquhart Oliver &
Hedges L
555 Twin Dolphin Drive
Suite 560
Redwood Shores, Ca 94065
650-801-5000
Fax : 650-801-5100
Email:
charlesverhoeven@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adrian M. Pruetz**
Quinn Emanuel Urquhart Oliver &
Hedges
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065
650-801-5000
Fax : 650-801-5100
*ATTORNEY TO BE NOTICED*

**John B. Quinn**
Quinn Emanuel Urquhart Oliver &
Hedges,
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065
650/801-5000
Fax : 650/801-5100
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**

Quinn Emanuel Urquhart Oliver &
Hedges L
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Fax : (650) 801-5100
Email: vfm@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Rachel Heather Smith**
Quinn Emanuel Urquhart Oliver &
Hedges L
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax : 415-875-6700
Email: rachelsmith@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**William Paul Schuck**
Quinn Emanuel Urquhart Oliver &
Hedges L
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Email: paulschuck@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
--------------------------

**Trustees of Columbia University in the City of New York**    represented by    **David Isaac Gindler**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010
Email: DGindler@Irell.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/14/2004 | 1 | COMPLAINT against Trustees of Columbia University in the City of New York (Filing fee $ 150, receipt number 3359920). Filed by Genentech Inc. (cjl, COURT STAFF) (Filed on 5/14/2004) Modified on 5/18/2004 (cjl, COURT STAFF). (Entered: 05/18/2004) |

| | | |
|---|---|---|
| 05/14/2004 | | Summons Issued as to Trustees of Columbia University in the City of New York. (cjl, COURT STAFF) (Filed on 5/14/2004) Modified on 5/18/2004 (cjl, COURT STAFF). (Entered: 05/18/2004) |
| 05/14/2004 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/7/2004. Case Management Conference set for 9/13/2004 04:00 PM. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 5/14/2004) (Entered: 05/18/2004) |
| 05/14/2004 | | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 5/14/2004) (Entered: 05/18/2004) |
| 05/18/2004 | | REPORT on the filing of an action regarding patent (cc: form mailed to register). (cjl, COURT STAFF) (Filed on 5/18/2004) (Entered: 05/18/2004) |
| 05/20/2004 | 3 | Certificate of Interested Entities (Gindler, David) (Filed on 5/20/2004) (Entered: 05/20/2004) |
| 05/20/2004 | 4 | NOTICE of Related Case *Pursuant to Local Rule 3-12* (Attachments: # 1 Exhibit A)(Gindler, David) (Filed on 5/20/2004) (Entered: 05/20/2004) |
| 05/24/2004 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by Genentech Inc. (Smith, Rachel) (Filed on 5/24/2004) Modified on 5/25/2004 (cjl, COURT STAFF). (Entered: 05/24/2004) |
| 05/24/2004 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wdblc1) (Filed on 5/24/2004) (Entered: 05/24/2004) |
| 05/24/2004 | 7 | NOTICE of Related Case (Schuck, William) (Filed on 5/24/2004) (Entered: 05/24/2004) |
| 05/24/2004 | 8 | EXHIBITS re 7 Exhibit A to Notice of Related Case filed by Genentech Inc.. (Related document(s)7) (Schuck, William) (Filed on 5/24/2004) (Entered: 05/24/2004) |
| 06/22/2004 | 9 | ORDER REASSIGNING CASE. ORDER RELATING CASE. Case C04-1910 reassigned to Judge Vaughn R. Walker for all further proceedings. Judge Wayne D. Brazil no longer assigned to case, Cases associated.COUNSEL ARE INSTRUCTED THAT ALL FUTURE FILINGS ARE TO BEAR THE INITIALS VRW IMMEDIATELY AFTER THE CASE NUMBER. ALL MATTERS PRESENTLY SCHEDULED FOR HEARING IN THE REASSIGNED CASES ARE VACATED AND MUST BE RENOTICED FOR HEARING BEFORE THE UNDERSIGNED. Signed by Judge Vaughn R. Walker on 6/22/2004. (cgd, COURT |

|            |    |                                                                                                                                                                                    |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | STAFF) (Filed on 6/22/2004) (Entered: 06/23/2004)                                                                                                                                  |
| 06/23/2004 | 10 | CLERK'S NOTICE : Initial Case Management Conference set for 9/28/2004 09:00 AM. Case Management Statement due by 9/21/2004. (cgd, COURT STAFF) (Filed on 6/23/2004) (Entered: 06/23/2004) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 07/12/2004 12:42:39 |||
| PACER Login: | us2510 | Client Code: |
| Description: | Docket Report | Case Number: | 3:04-cv-01910-VRW |
| Billable Pages: | 2 | Cost: | 0.14 |