UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>　　　　　Defendant. | CIVIL ACTION No. 04-11546 MLW<br><br>(Part of MDL No. 04-1592 MLW) |

## SUBMISSION OF PROPOSED ORDER DISMISSING CLAIMS PURSUANT TO THE NOVEMBER 5, 2004 ORDER

Pursuant to paragraph 1 of the Court's May 17, 2005 Order, the parties submit the attached proposed order dismissing those claims that the parties agree should be dismissed pursuant to the November 5, 2004 Order.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul Schuck | /s/ David I. Gindler |
| Adrian M. Pruetz | Morgan Chu |
| W. Paul Schuck | David I. Gindler |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Jason G. Sheasby |
| | Irell & Manella LLP |
| 50 California Street, 22nd Floor | 1800 Ave of the Stars, Suite 900 |
| San Francisco, CA 94100 | Los Angeles, CA 90067 |
| (415) 875-6600 | (310) 277-1010 |
| (415) 875-6700 (fax) | (310) 203-7199 (fax) |
| | |
| Attorneys for GENENTECH, INC. | Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |

Dated: June 10, 2005